# United States District Court

### for

### District of South Carolina

---

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** William Adam Gaskin      **Case Number:** CR 0:15-420-JFA

**Name of Sentencing Judicial Officer:** The Honorable J. Allen Forrester, United States District Judge

**Date of Original Sentence:** August 1, 2003

**Original Offense:** Use of an Interstate Facility to Entice a Juvenile to Engage in Sexual Activity

**Original Sentence** On August 1, 2003, the defendant was sentenced in the Northern District of Georgia by the Honorable J. Allen Forrester, United States District Judge, for the offense of *Use of an Interstate Facility to Entice a Juvenile to Engage in Sexual Activity.* He was sentenced to 100 months imprisonment followed by a three year term of supervised release with the following special conditions: 1) The defendant shall not have Internet access; 2) The defendant shall not own, possess, or have under his control a computer; 3) The defendant shall participate in a psychosexual evaluation and treatment program and comply with all conditions of the sex offender compliance contract as directed by the U.S. Probation Office; 4) The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervised release and at least six periodic drug tests thereafter as directed by the probation officer. If the drug test shows signs of abuse the defendant shall participate as directed in a program approved by the U.S. probation officer for treatment of narcotic addiction or drug dependency; 5) The defendant is directed to pay a fine in the amount of $12,500.00. The United States Bureau of Prisons is not authorized to collect the court imposed fines while the defendant is in custody. While on supervised release the defendant shall work to satisfy the fine. The fine is to be paid by the defendant, monthly proportional payments at the rate of 25% of the defendant's gross income in excess of $14,000 per year. The defendant began his term of supervised release in the District of South Carolina on April 1, 2014. He has been living with his parents at 488 Rowells Road, Catawba, SC 29704.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** April 1, 2014

**Assistant U.S. Attorney:** E. Vaughn Dunnigan      **Defense Attorney:** Glen Stern

**Previous Court Action/Notification(s):** On April 21, 2015, Transfer of jurisdiction was initiated from the Northern District of Georgia. Jurisdiction was completed on June 22, 2015, and the case has been assigned to The Honorable Joseph F. Anderson Jr., United States District Judge.

## PETITIONING THE COURT

[X]  To issue a warrant

[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Use/Possession of Illegal Drugs:** On April 17, 2015, the defendant tested positive for cocaine. In addition, during his polygraph post examination, he admitted to smoking crack cocaine, snorting cocaine and using marijuana. Evidence in support of these violations includes a voluntary admission form signed by the defendant on April 17, 2015, and the polygraph report submitted on April 18, 2015. |
| 2 | **Possession of Drug Paraphernalia:** On April 17, 2015, a crack pipe was taken from the defendant's room by his father and given to Probation Officer David P. White. The defendant further admitted that the device was a crack pipe. |
| 3 | **Lewd Public Act:** On April 18, 2015, during a post polygraph examination, the defendant admitted to entering Wal-Mart, Target and Ross department stores on approximately 10 times and masturbated while looking at women's feet. Evidence in support of this violation includes a copy of the polygraph report as well as a conversation with Tim Stephenson the polygraph examiner. |
| 4 | **New Criminal Conduct:** On April 20, 2015, the defendant was arrested by the Rock Hill Police Department for Open Container. Evidence in support of this charge includes an incident report submitted by the Rock Hill Police Department. |
| 5 | **Failure to Notify the Probation Officer Within Seventy Two Hours of Being Arrested:** The defendant failed to notify the Probation Officer of his arrest on April 20, 2015. |
| 6 | **Failure to Comply with Sex Offender Treatment:** The defendant was terminated from Three Trees sex offender treatment on April 21, 2015, for failure to comply with program rules. |
| 7 | **New Criminal Conduct:** On April 27, 2015, the defendant was issued a ticket for open container by the South Carolina Highway Patrol. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 2, 2015

David P. White
Sr. U.S. Probation Officer

Reviewed and Approved By:

Lorenzo D. Parker
Supervising U.S. Probation Officer

---

## THE COURT ORDERS:

[ ] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

---

## BOND CONSIDERATION:

[X] Bond to be set at the discretion of the United States Magistrate Judge.

[ ] No bond to be set.

[ ] Other (specify):

Joseph F. Anderson Jr.

United States District Judge

 July 7, 2015
Date