IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL INDICTMENT |
| WILLIAM ADAM GASKIN | : NO. 1:03-CR-34 |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning at a time unknown to the grand jury and continuing to on or about June 26, 2002, in the Northern District of Georgia and elsewhere, the defendant, WILLIAM ADAM GASKIN, using the mail and a facility and means of interstate commerce, that is, a computer, knowingly persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, child molestation (O.C.G.A. § 16-6-4), in violation of Title 18, United States Code, § 2422(b).

## COUNT TWO

On or about June 26, 2002, in the Northern District of Georgia and elsewhere, the defendant, WILLIAM ADAM GASKIN, traveled in interstate commerce for the purpose of engaging in a sexual act with a person under 18 years of age, which act would have violated Title 18, United States Code, Section 2243(a), if the acts had occurred in the special maritime and territorial juris

the United States, in violation of Title 18, United States Code, Section 2423(b).

A _____*True*_____ BILL

_____*signature*_____
FOREPERSON

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

*signature*

E. VAUGHN DUNNIGAN
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6047
Georgia Bar No. 234350

2

ATTEST, A TRUE COPY
CERTIFIED THIS

JAN 2 3 2003

_____, Clerk
By _____, Deputy Clerk